```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 10-cr-10-PB

**Michael Berk**


**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for April 6, 2010, citing the need for additional time to complete discovery and to consider plea negotiations prior to trial.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 6, 2010 to July 7, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 30, 2010 final pretrial conference is continued to June 23, 2010 at 3:15 p.m.

SO ORDERED.

/s/Paul Barbadoro  
Paul Barbadoro  
United States District Judge

March 25, 2010

cc:   Phillip Utter, Esq.  
     Arnold Huftalen, AUSA  
     United States Probation  
     United States Marshal