```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 10-cr-10-PB

**Michael Berk**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for July 7, 2010, citing a negotiated plea agreement and plea hearing scheduled for July 16, 2010.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow time for the plea hearing or for the parties to properly prepare for trial, the court will continue the trial from July 7, 2010 to August 17, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

No further continuances.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

July 7, 2010

cc:   Philip H. Utter, Esq.
      Arnold Huftalen, Esq.
      United States Probation
      United States Marshal